IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 15-180-6 |
| | : |
| ROBERT HARTLEY | : |
| | : |

### ORDER

    **AND NOW,** this 13th day of December, 2016, upon consideration of "Defendant Robert Hartley's Consent Motion to Join Co-Defendant's Motion Concerning the Necessity for a Warrant to Obtain Historical Cell Site Location Data" (doc. no. 575), it is hereby **ORDERED** that Defendant's motion to join is **GRANTED**.

                                      BY THE COURT:


                                      **S/Mitchell S. Goldberg**
                                      **Mitchell S. Goldberg, J.**